U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED   SEP 3 0 2002



RECEIVED

SEP 2 7 2002

U. S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BOARD OF SUPERVISORS OF** | : | **CIVIL ACTION NO. 02-393** |
| **LOUISIANA STATE UNIVERSITY** | : | |
| **AND AGRICULTURAL AND** | : | |
| **MECHANICAL COLLEGE** | : | **DIVISION "B"** |
| | : | |
| **VERSUS** | : | |
| | : | **MAGISTRATE 2** |
| **DOUGLAS DORHAUER** | : | |

## SECOND AMENDING AND SUPPLEMENTAL COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes the BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, a Louisiana constitutional corporation (hereinafter sometimes referred to as the "LSU System"), who, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, respectfully supplements and amends its original Complaint, as amended and supplemented by its First Amended and Supplemental Complaint, as follows:

1.

LSU re-avers all allegations contained in its original Complaint, as amended and supplemented by its First Amended and Supplemental Complaint, as if copied herein *in extenso*.

| INITIALS | DOCKET# |
|---|---|
| nt | 13 |

2.

LSU hereby amends and supplements its original Complaint and its First Amended and Supplemental Complaint as follows:

### "15(a)

LSU has also recently discovered that defendant has registered and is using the domain names "lsulaw.net" and "lsulaw.org" to redirect internet traffic to the "lsulaw.com" website.

### "18(a)

The Defendant's use of the "lsulaw.net" and "lsulaw.org" domain names to redirect internet traffic to "lsulaw.com", also capitalizes upon the goodwill and value of the LSU Marks by creating a mental association with LSU.

### "20(a)

The infringing use of the "lsulaw.net" and "lsulaw.org" domain names are also likely to continue to cause confusion in the future.

### "57(f)

Defendant's bad faith intent to profit through registration and use of "lsulaw.net" and "lsulaw.org," which are confusingly similar to LSU's preexisting distinctive and famous mark, is in violation of 15 U.S.C. §1125(d)(1)(A).  In addition, Defendant's bad faith intent to profit through the registration and use of domain names that are confusingly similar to and dilutive of LSU's preexisting famous mark is in violation of 15 U.S.C. §1125(d)(1)(A).

"57(g)

Pursuant to 15 U.S.C. §1125(d)(1)(C), LSU is also entitled to an order directing Defendant to forfeit or cancel the "lsulaw.net," and "lsulaw.org" domain names, or to transfer the infringing domain names to LSU.

"58(a)

That after due proceeding be had, Defendant be permanently enjoined pursuant to 15 U.S.C. §1114 from directly or indirectly infringing LSU's Marks and be enjoined from any further acts of trademark infringement, and furthermore, be permanently enjoined from using, incorporating, and/or displaying "lsulaw.net," and "lsulaw.org" as uniform resource locators, domain names, or otherwise.

"65(a)

(i)   That after due proceeding be had Defendant be ordered to forfeit or cancel the "lsulaw.net," and "lsulaw.org" domain names, or transfer the domain names to LSU pursuant to 15 U.S.C. §1125(d)(1)(C).

By Attorneys,

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.

By:_____

Marc S. Whitfield, T.A., #14352
Ryan N. Ours, #27735
P.O. Box 2471
Baton Rouge, LA 70821
Telephone: (225) 387-3221
Fax: (225) 346-8049

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was this date served upon Defendant by placing a copy of same in the United States Mail, postage prepaid, and sent to his attorney of record:

Vincent Booth
Booth & Booth
138 North Cortez Street
New Orleans, LA 70119

Baton Rouge, Louisiana this 27th day of September, 2002.

Ryan M. Ours, #27735

#170923v1<BR> -Dorhauer-second amended complaint.wpd

-4-