UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



FILED
U.S. DIST. COURT
MIDDLE ~~~ OF LA.

02 OCT 24  AM 10: 33

SIGN_____
by DEPUTY CLERK

| | |
|---|---|
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE | : CIVIL ACTION NO. 02-393 : : : DIVISION "B" |
| VERSUS | : : |
| DOUGLAS DORHAUER | : MAGISTRATE 2 : |

## ORDER

Considering the above and foregoing Motion for Leave to Propound Additional Interrogatories,

IT IS ORDERED, that ~~plaintiff be permitted to propound additional interrogatories on defendant, as prayed for~~. The motion is Denied as some interrogatories are overly broad (see #6 + 17) and there are too many subparts.

Baton Rouge, Louisiana, this 24 day of October, 2002.

_____
JUDGE, U.S. DISTRICT COURT

DKT. & ENTERED
DATE 10/24/02
NOTICE MAILED TO:
DATE_____ BY nt

CN
JP
Hart
Whitfield
Booth

| INITIALS | DOCKET# |
|---|---|
| mt | 16 |