# TAYLOR, PORTER, BROOKS & PHILLIPS
L.L.P.

**ATTORNEYS AT LAW**
*Founded 1912*

POST OFFICE BOX 2471
BATON ROUGE, LOUISIANA 70821
8TH FLOOR BANK ONE CENTRE
451 FLORIDA STREET (70801)

TELEPHONE (225) 387-3221
FACSIMILE (225) 346-8049

www.taylorporter.com

WILLIAM SHELBY McKENZIE
JOHN S CAMPBELL, JR.
JOHN R. THARP
W LUTHER WILSON
GERALD L. WALTER, JR.
J. CLAYTON JOHNSON
G. MICHAEL PHARIS
EUGENE R. GROVES
A. MICHAEL DUFILHO
W ARTHUR ABERCROMBIE, JR.
FREDRICK R. TULLEY
VERNON P. MIDDLETON
JAMES LEEPER ELLIS
JOHN MICHAEL PARKER
NANCY C DOUGHERTY
MARY E. THARP
JOHN ASHLEY MOORE
EDWIN W. FLESHMAN
VICKI M. CROCHET

HARRY J. PHILIPS, JR.
LLOYD J LUNCEFORD
THOMAS R. PEAK
C MICHAEL HART
JOHN F McDERMOTT [1,2]
BRETT P FURR
M. LENORE FEENEY
KATHLEEN C MASON
MARC S WHITFIELD [1]
JOHN H RUNNELS [4]
GREGORY E. BODIN
JAMES C. CARVER
MARGARET L. TOOKE
DEBORAH E. LAMB
T. MacDOUGALL WOMACK
DAVID M BIENVENU, JR.
DAVID J SHELBY II
ERICK Y MIYAGI
ANNE J. CROCHET

ROBERT W. BARTON
PRESTON J CASTILLE, JR. [7]
JOHN STEWART THARP [6]
JOHN S CAMPBELL, III
JOHN P MURRILL
BONNIE J DAVIS [4]
MARY L DOUGHERTY [2,3]
ANDRÉE MATHERNE CULLENS
BRANDON K. BLACK
AMY GROVES LOWE
TIMOTHY J. POCHÉ
MICHAEL A. CRAWFORD
JOHN B. NOLAND, JR.
PHILLIP E FOCO
TODD S MANUEL
JOHN ALLAIN VIATOR
TRACY AVERETT MORGANTI
ANDRÉ J. PORTER [4,5]
MICHELLE MARNEY HOWARD
JENNIFER M. SIGLER

RYAN T OURS
ELISABETH QUINN ZEEDEN
EDYTHE L. KOONCE
ERINN W NEYREY
LESLIE E AYRES [7]
ALLISON R. HAYDEN
VALERIE E GREER
RUSSELL L. MOSELY
JASON M DeCUIR
KATHLEEN G TRASCHER

SPECIAL COUNSEL
H EVANS SCOBEE

OF COUNSEL
TOM F. PHILLIPS
FRANK M. COATES, JR.
WILLIAM H. McCLENDON III
WILLIAM A. NORFOLK
ROBERT H. HODGES
JOHN L. GLOVER

[1] LL.M. IN TAXATION
[2] BOARD CERTIFIED TAX SPECIALIST
[3] BOARD CERTIFIED ESTATE SPECIALIST
[4] REGISTERED PATENT ATTORNEY
[5] LL.M IN INTELLECTUAL PROPERTY
[6] LICENSED IN MISSISSIPPI
[7] LICENSED IN TEXAS

April 14, 2004

WRITER'S DIRECT DIAL NUMBER: 225-214-0408
e-mail address: ryan.ours@taylorporter.com

VIA FAX AND MAIL (389-3577)

Honorable Chief Judge Frank Polozola
United States District Court, Middle District of Louisiana
777 Florida Street, Ste. 313
Baton Rouge, LA 70801

RE: Board of Supervisors Louisiana State University v. Douglas Dorhauer, No. 02-0393-B-M2,
United States District Court, Middle District of Louisiana.

Dear Judge Polozola:

We received a call from your office this morning expressing concern over the failure to submit a pretrial order in advance of the pretrial conference scheduled for tomorrow. On behalf of both parties please accept our sincere apology for failing to keep the Court advised of the status of this matter.

Some time ago the parties agreed, in principle, to settlement terms. Since that time there have been ongoing negotiations over terms and terminology with both parties moving forward toward a final settlement. The final settlement was expected to be concluded several weeks ago but has taken significantly longer than expected by the parties.

Please accept this letter as a request of the Court to place this matter on the inactive docket and/or in administrative closing until the settlement is final. We expect that formal settlement agreements will be executed next week and we will inform the Court when the documents have been finally executed.



Honorable Chief Judge Frank Polozola
April 14, 2004
Page 2

    Please do not hesitate to call if you or your staff has any questions or concerns and again, please accept the apologies of the Court for this oversight.

                         TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.

                         Ryan N. Ours

cc:   Mr. Vincent Booth (504) 482-5847

258814v.1